# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

IN RE: | CASE NO.: 11-07181 ESL

NYDIA TORRES BONACIA
DEBTOR | CHAPTER 13

## MOTION REQUESTING VOLUNTARY DISMISSAL OF BANKRUPTCY PROCEEDINGS

TO THE HONORABLE COURT:

COMES NOW Debtor, Nydia Torres Bonacia, on her own right and before this Honorable Court respectfully states and prays:

1. On August 26, 2011 a voluntary petition for chapter 13 relief was filed under my name. The case was filed by attorney George Otero Calero.

2. That I did not consent to the filing of above captioned case and have not signed any contract or agreement to be represented in above captioned proceeding.

3. Due to the above stated I request the voluntary dismissal of the case pursuant to 11 U.S.C. § 1307(b).

4. I am aware of the consequences of the dismissal of the case and request dismissal be entered as per request above.

**WHEREFORE**, appearing Debtor hereby request that this Court grant this motion and enter the dismissal of the case.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 29th day of August, 2011.

/s/ Nydia M. Torres Bonacia
NYDIA M. TORRES BONACIA
Urb. Santa Elena
Calle B - 18
Bayamón, PR 00959



1