## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:**<br><br>**NYDIA TORRES BONACIA**<br><br>**Debtor** | **CASE NO. 11-07181(ESL)**<br><br>**CHAPTER 13** |

### OBJECTION TO MOTION REQUESTING VOLUNTARY DISMISSAL

TO THE HONORABLE COURT:

Comes now Nydia Torres Bonacia, the above captioned debtor, represented by its undersigned counsel and to this Honorable Court very respectfully states and prays.

1.    That the subscribing attorney was, and still is, the legal representative of Debtor.   The relationship between attorney and client stated back in 1999, representing the debtor in the Puerto Rico Superior Court, Bayamón Part, in the case number GAC 1999-1088 over a division of community property.

2.    In the Judgment that we are referring to debtor is to pay plaintiffs the sum of approximate $30,000.00.   A foreclose of Debtor's home was for today August 29, 2011, at 10:00 a.m.

3.    A controversy develop with the debtor's sons, to who will paid for the bankruptcy attorney's fees and the payment of the filing fees.

4.    That to stay the foreclose, and with our client instructions, we file the case last Friday, by paying the filing fees.

5. It is our opinion that the Debtor 's sons are interfering with they elderly mother, and are how to save the home.

6. That the signature in the "MOTION REQUESTING VOLUNTARY DISMISSAL"

is not the signature OF THE Debtor, and the subscribing attorney it not renouncing as Debtor's representative without a hearing.

**WHEREFORE**, it is hereby respectfully requested that a hearing be ordered with the presence of the Debtor and her sons to resolve the issue.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFIED** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to the Trustee and to her sons Rafael Encarnación by E-mail: rafi_encarnaciun@yahoo.com.

In San Juan, Puerto Rico this 29th days of August 2011.

**/s/ George Otero Calero**
**USDC NO. 128410**
**OTERO AND ASSOCIATES**
**PO BOX 732**
**BAYAMON, PR 00960**
**TEL. (787) 798-6290/FAX. (787) 780-6808**
**E-mail: otero_and_assoc@hotmailcom**
