IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 11-07181 ESL

NYDIA  TORRES BONACIA

Chapter 13

XXX-XX-0459

FILED & ENTERED ON 08/31/2011

Debtor(s)

## ORDER DISMISSING CASE

Upon the application for voluntary dismissal filed by the debtor(s) (see docket entry #6), it is now

ORDERED, ADJUDGED and DECREED that the instant case be and is hereby dismissed; and it is further

ORDERED, ADJUDGED and DECREED that the Clerk closes any contested matter or adversary proceeding pending in the instant case.

SO ORDERED.

San Juan, Puerto Rico, this 31 day of August, 2011.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC:  All Creditors